IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | |
|---|---|
| 10 TANKER AIR CARRIER, LLC<br>   *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>   *Defendant*. | No. __21-1084 C__ |

## MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff 10 Tanker Air Carrier, LLC respectfully requests that this Court enter a protective order in the form attached prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. The attached proposed order is identical in substance to the order set forth at Form 8 of the RCFC.

March 19, 2021

Respectfully submitted,

s/ James G. Peyster
James G. Peyster
 (Counsel of Record)
Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2633
Tel: (202) 624-2695
Fax: (202) 628-5116

*Attorneys for 10 Tanker Air Carrier, LLC*