IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 10 TANKER AIR CARRIER, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 21-01084 C |
| | ) | Judge Ryan T. Holte |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Vijaya Surampudi_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Vijaya Surampudi
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

s/Vijaya Surampudi
Vijaya Surampudi
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-8260
Facsimile: (202) 305-7644
Email: vijaya.surampudi@usdoj.gov

Dated: March 19, 2021