IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| 10 TANKER AIR CARRIER, LLC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant ) <br> ) | No. 1:21-cv-01084-RTH <br><br> Judge Holte |

## NOTICE OF INTERVENTION

Pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims, Aero-Flite, Inc. ("Aero-Flite") respectfully requests leave for intervention of right in the above-captioned bid protest filed by 10 Tanker Air Carrier, LLC. Aero-Flite is an awardee under the award that 10 Tanker is protesting. The disposition of this matter will directly affect Aero-Flite's interests in the awarded contract, which carries the potential for significant economic and other harms to Aero-Flite.

The undersigned attorney will serve as counsel of record. Counsel of record as and Lucas T. Hanback are members in good standing of this Court's bar, and we intend to request that they and others be admitted to the Protective Order once issued by the Court.

Dated: March 19, 2021

Respectfully submitted,
**ROGERS JOSEPH O'DONNELL**

By: /s/ Neil H. O'Donnell
    Neil H. O'Donnell
    Lucas T. Hanback
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 365-5309 (Telephone)
(202) 347-8429 (Facsimile)
*Attorneys for Intervenor, Aero-Flite, Inc.*

527734.1527734.1