## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | | |
|---|---|---|
| **10 TANKER AIR CARRIER, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 21-1084** |
| | ) | **(Judge Ryan T. Holte)** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STATUS REPORT

Pursuant to the Court's order, ECF No. 10, the parties respectfully submit this joint status report, proposing a schedule for future filings and outlining their respective positions. Counsel for the parties have conferred and agree upon the following proposed briefing schedule to resolve plaintiff's bid protest and motion for a permanent injunction. Plaintiff and Defendant do not object to the request of Aero Flite, Inc. (Aero Flite) to intervene as a defendant-intervenor in this bid protest.

### Joint Proposed Briefing Schedule:

- Thursday April 1, 2021: Production of the Administrative Record.

- Tuesday, April 20, 2021: Plaintiff's Motion for Judgment on the Administrative Record (MJAR).

- Tuesday, May 11, 2021: Defendant's and Intervenor's Opposition & Cross-MJAR.

- Tuesday, May 25, 2021: Plaintiff's Opposition & Reply.

- Tuesday, June 8, 2021: Defendant and Intervenor's Reply.

- Oral argument: To be scheduled at the Court's convenience during the week of June 28, 2021. Counsel for the parties are available on any date during this week.

**Plaintiff's Position:**

Plaintiff did not file motions for, and does not intend to seek, a temporary restraining order or preliminary injunction to enjoin the United States and Aero Flite, Inc. from continuing to perform the contract at subject in this protest.

**Defendant's Position:**

Defendant confirms that performance on the protested contract has not begun and that the United States Forest Service will not voluntarily stay performance.  Performance of this contract will begin per the Forest Service's internal schedule.

Defendant has informed the remaining awardees that a bid protest has been filed in this Court.  Erickson Aero Air, LLC d/b/a Aero Air has advised that it will not intervene in this bid protest.  Coulson Aviation has advised that it will not intervene until they receive more information on the basis of the protest.  Aero Flite was the only intervenor in the prior two bid protests at the U.S. Government Accountability Office.  Defendant does not object to plaintiff's motion to file under seal or plaintiff's motion for a protective order.  After reviewing plaintiff's proposed redacted version of the complaint, defendant has advised plaintiff of additional proposed redactions, to ensure all source selection sensitive information is fully redacted.

As part of its opposition/Cross MJAR, defendant intends to argue that the complaint should be dismissed on the grounds that the plaintiff's challenges to the terms of the solicitation are waived for failure to timely challenge them.

**Defendant-Intervenor's Position:**

Defendant-Intervenor agrees with Defendant's position except to the extent that redactions have been made to the complaint to which it does not yet have access.

Respectfully submitted,

/s James G. Peyster
James G. Peyster
Thomas P. Humphrey
Crowell & Moring LLP
1001 Pennsylvania Ave., N.W.
Washington DC 20004
T: (202) 264-2603
F: (202) 628-5116
jpeyster@crowell.com

BRIAN M. BOYNTON
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Vijaya S. Surampudi
VIJAYA S. SURAMPUDI
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C.  20044
Tele: (202) 353-9369
Vijaya.Surampudi@usdoj.gov

*Attorneys for Plaintiff*

*Attorneys for Defendant*

/s/Neil O'Donnell
NEIL O'DONNELL
Lucas T. Hanback
Rogers Joseph ODonnell
311 California Street, 10th Floor
San Francisco, CA 94104-2695
T: (415) 956-2828
F: (415) 956-6457
Email: nodonnell@rjo.com

March 24, 2021

*Attorneys for the Defendant-Intervenor*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2021, a copy of the foregoing "JOINT

STATUS REPORT" was filed electronically.  This filing was served electronically to all parties

by virtue of the court's electronic filing system.


    _/s/ Vijaya S. Surampudi_____
    VIJAYA S. SURAMPUDI